UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL REILLEY, JR., <br> MICHEAL REILLEY, SR., <br><br> Plaintiffs, <br><br> v. <br><br> BUTLER UNIVERSITY, <br> STACIE COLSTON PATTERSON, <br> MARTHA DZIWLIK, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:17-cv-04540-RLM-MJD |

**MINUTE ENTRY FOR JULY 12, 2018**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery, as well as the parties' readiness for the upcoming settlement conference. The conference concluded without further order.

Dated: 12 JUL 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.