UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL REILLEY, JUNIOR, AND MICHAEL REILLEY, SENIOR, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  CAUSE NO.  1:17-cv-04540-RLM-MJD ) ) ) |
| BUTLER UNIVERSITY, STACIE COLSTON PATTERSON, and MARTHA DZIWLIK, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT'S MOTION TO PERMIT INSURANCE REPRESETANTIVE TO APPEAR AT SETTLEMENT CONFERENCE TELEPHONICALLY**

Defendants, Butler University ("Butler"), Stacie Colston Patterson, and Martha Dziwlik (collectively "Defendants"), by counsel, request that its insurance carrier representative be permitted leave to appear telephonically at the August 21, 2018 settlement conference. In support of this motion, Defendants state:

1. This matter is set for a settlement conference on August 21, 2018. The Court's order requires that an insurance carrier be represented, in person, at the settlement conference.

2. An insurance carrier representative is not necessary at the settlement conference. Plaintiff's settlement demand does not request Defendants pay money to resolve the case. As such, the indemnity provision of Defendants' insurance policy is not invoked.

3. The carrier representative will be available by telephone if granted leave to appear telephonically.

4. Counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants request that its insurance carrier representative be granted leave to attend the August 21, 2018 settlement conference by telephone.

Respectfully submitted,

/s/ Craig W. Wiley
Craig W. Wiley
Jackson Lewis P.C.
211 N. Pennsylvania, Suite 1700
Indianapolis, Indiana 46204
E-mail:  craig.wileyjacksonlewis.com

Attorney for Defendants
Butler University, Stacie Colston Patterson, and
Martha Dziwlik

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Charles C. Hayes
Jane H. Ruemmele
Hayes Ruemmele LLC
141 East Washington Street, Suite 225
Indianapolis, Indiana 46204
charles@chjrlaw.com
jane@chjrlaw.com

/s/ Craig W. Wiley

4845-1998-6544, v. 1